IN THE UNITED STATES DISTRICT COURT

Civil Action No.  13-cv-01098-WJM-MJW

JOSE A. DIAZ,

Plaintiff(s),

v.

MARGARET HEIL, in her official capacity as Chief of Behavioral Health for the Colorado Department of Corrections, and
ANTHONY P. YOUNG, in his official capacity as Chairman of the Colorado Board of Parole,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Reschedule Dates in the "Order Setting Scheduling/Planning Conference" (Docket No. 12) is GRANTED.  The Scheduling Conference set for July 8, 2013 at 9:30 a.m. is VACATED.  The Scheduling Conference is RESET for August 22, 2013 at 10:30 a.m.  All deadlines in the court's previous order are modified accordingly.

Date: June 11, 2013