**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.   13-cv-01098-WJM-MJW

JOSÉ A. DIAZ,

    Plaintiff,

v.

JILL LAMPELA, and
BRANDON SHAFFER,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered in this case, and the Order Granting Defendants' Motion to Dismiss, entered by the Honorable William J. Martínez, United States District Judge, on February 24, 2014,

IT IS ORDERED that the Defendants' Amended Motion to Dismiss (ECF No. 17) is GRANTED, and all of Plaintiffs' claims and this case are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Judgment is entered in favor of the Defendants and against the Plaintiff.  Each party shall bear his or her own attorney's fees and costs.

Dated at Denver, Colorado this   25th   day of February 2014.

                                          BY THE COURT:
                                          JEFFREY P. COLWELL, CLERK

                                          By:     s/Deborah Hansen
                                          Deborah Hansen, Deputy Clerk